FILED

SEP 0 6 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19MJ 00167 EPG |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING CRIMINAL COMPLAINT |
| PATRICK GONZALES, | |
| Defendants. | |

IT IS HEREBY ORDERED that the Affidavit and Criminal Complaint in this case shall be SEALED until otherwise ordered by the court.

DATED: September 6, 2019

_____
Honorable Erica P. Grosjean
United States Magistrate Judge

ORDER SEALING CRIMINAL COMPLAINT       1