UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**PATRICK LEE GONZALES,**<br><br>Defendant. | **OLD CASE NO 1:19-cr-00204-LJO-SKO**<br><br>**NEW CASE NO 1:19-cr-00204-DAD-BAM**<br><br>**ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE AND MAGISTRATE JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the actions entitled *United States v. Patrick Lee Gonzales*, Case No. 1:19-cr-00203-DAD-BAM and *United States v. Patrick Lee Gonzales*, Case No. 1:19-cr-00204-LJO-SKO. The cases involve the same defendant. Accordingly, assignment of the cases to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties and will avoid the substantial duplication of labor if heard by different judges. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of the cases occurs.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Barbara A. McAuliffe with new **CASE NO. 1:19-cr-00204-DAD-BAM**. All documents shall bear the new **CASE NO. 1:19-cr-00204-DAD-BAM** and the reassignment to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: __**December 5, 2019**__  /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE