1  JAI M. GOHEL, CA SBN 170782
   819 Eddy Street
2  San Francisco, California 94109
   Telephone: (415) 771-6174
3  Facsimile:   (415) 474-3748
   Email: jaigohel@rocketmail.com
4
   Attorney for Defendant
5  PATRICK GONZALES

# UNITED STATES DISRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

--oo0oo--

| UNITED STATES OF AMERICA, | ) Case No.: 1:19-cr-0203-DAD-BAM |
|---|---|
|  | )            1:19-cr-0204-DAD-BAM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER RE:** |
|  | ) **MODIFICATION OF CONDITIONS OF** |
| PATRICK GONZALES, | ) **PRETRIAL RELEASE** |
|  | ) |
| Defendants. | ) |

Defendant PATRICK GONZALES, by and through his attorney of record, Jai M. Gohel, and the UNITED STATES OF AMERICA, by and through its counsel of record, Asst. U.S. Attorney Ross M. Pearson, HEREBY STIPULATE as follows:

The Pretrial Release order condition (m) be modified to allow Mr. Gonzales to be employed, and therefore be modified to read as follows:

(m)    You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as

given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

Pretrial Services has approved this modification.

DATED: February 22, 2021

Respectfully submitted,

*/s/ Jai M. Gohel*
JAI M. GOHEL
Attorney for Defendant
PATRICK GONZALES

DATED: February 22, 2021

*/s/ Ross M. Pearson*
ROSS M. PEARSON
Attorney for Plaintiff
THE UNITED STATES OF AMERICA

**ORDER**

PURSUANT TO STIPULATION between the parties, and Good Cause appearing, IT IS HEREBY ORDERED that the conditions of pretrial release for Defendant PATRICK GONZALES be modified as follows:

Paragraph (m) of the Release Order be modified to read as follows:

(m) You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include ~~haircuts,~~ DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

IT IS SO ORDERED.

Dated: **March 5, 2021**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE