JAI M. GOHEL, CA SBN 170782
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email:  jaigohel@rocketmail.com

Attorney for Defendant
PATRICK GONZALES

# UNITED STATES DISRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-0203-DAD-BAM |
| | 1:19-cr-0204-DAD-BAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING HEARING** |
| PATRICK GONZALES, | |
| Defendants. | Current Sentencing Date:  June 7, 2021 |

Defendant PATRICK GONZALES, by and through his attorney of record, Jai M. Gohel, and the UNITED STATES OF AMERICA, by and through its counsel of record, Asst. U.S. Attorney Ross M. Pearson, HEREBY STIPULATE as follows:

At the request of defense counsel, due to an illness to counsel which prevented timely completion of the presentence interview, the parties request the current sentencing date of June 7, 2021 at 10:00 a.m. be continued to July 6, 2021 at 10:00 a.m.

DATED: April 20, 2021

                        Respectfully submitted,

                        */s/ Jai M. Gohel*
                        JAI M. GOHEL
                        Attorney for Defendant
                        PATRICK GONZALES

DATED: April 20, 2021

                        */s/ Ross M. Pearson*
                        ROSS M. PEARSON
                        Attorney for Plaintiff
                        THE UNITED STATES OF AMERICA

## **ORDER**

PURSUANT TO STIPULATION between the parties, and Good Cause appearing, IT IS HEREBY ORDERED that the sentencing date in this matter be continued from June 7, 2021 at 10:00 a.m. to July 6, 2021 at 10:00 a.m.

IT IS SO ORDERED.

   Dated:   **April 20, 2021**                                          /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE