JAI M. GOHEL, CA SBN 170782
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
PATRICK GONZALES

# UNITED STATES DISRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-00203-DAD-BAM |
| | 1:19-cr-00204-DAD-BAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE** |
| PATRICK GONZALES, | |
| Defendants. | |

Defendant PATRICK GONZALES, by and through his attorney of record, Jai M. Gohel, and the UNITED STATES OF AMERICA, by and through its counsel of record, Asst. U.S. Attorney Ross M. Pearson, HEREBY STIPULATE as follows:

The Pretrial Release order condition (m) be modified to allow Mr. Gonzales to be employed, and therefore be modified to read as follows:

(m) You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as

given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **CURFEW:** You must remain inside your residence every day from 8:00PM to 8:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. Medical obligations shall include accompanying your fiancé, Brittany Jackson, to medical appointments related to her pregnancy and delivery, and other medical appointments related to your newborn, with prior approval by pretrial services.

Pretrial Services has approved this modification.

DATED: May 3, 2021

Respectfully submitted,

/s/ Jai M. Gohel
JAI M. GOHEL
Attorney for Defendant
PATRICK GONZALES

DATED: May 3, 2021

/s/ Ross M. Pearson
ROSS M. PEARSON
Attorney for Plaintiff
THE UNITED STATES OF AMERICA

# ORDER

PURSUANT TO STIPULATION between the parties, and Good Cause appearing, IT IS HEREBY ORDERED that the conditions of pretrial release for Defendant PATRICK GONZALES be modified as follows:

Paragraph (m) of the Release Order be modified to read as follows:

(m) You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **CURFEW:** You must remain inside your residence every day from 8:00PM to 8:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. Medical obligations shall include accompanying your fiancé, Brittany Jackson, to medical appointments related to her pregnancy and delivery, and other medical appointments related to your newborn, with prior approval by pretrial services.

IT IS SO ORDERED.

Dated: **May 3, 2021**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE