JAI M. GOHEL, CA SBN 170782
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email:  jaigohel@rocketmail.com

Attorney for Defendant
PATRICK GONZALES

# UNITED STATES DISRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-0203-DAD-BAM<br>1:19-cr-0204-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER RE:**<br>**EXTENSION OF SURRENDER DATE** |
| vs. | **FOR MEDICAL TREATMENT** |
| PATRICK GONZALES, | |
| Defendants. | |

Defendant PATRICK GONZALES, by and through his attorney of record, Jai M. Gohel, and the UNITED STATES OF AMERICA, by and through its counsel of record, Asst. U.S. Attorney Ross M. Pearson, HEREBY STIPULATE as follows:

The current surrender date for Mr. Gonzales to complete the balance of his prison sentence be extended from January 5, 2022 to March 20, 2022 in order that he obtain medical treatment for related to pain in his injured leg and back.  Thus, Mr. Gonzales shall be ordered to surrender to the Bureau of Prisons or the U.S. Marshals on March 20, 2022.

1

2
DATED:  December 30, 2021

3

4
Respectfully submitted,

5

6
/s/ Jai M. Gohel
JAI M. GOHEL
7
Attorney for Defendant
PATRICK GONZALES
8

9

10
DATED:  December 30, 2021
11

12

13
/s/ Ross M. Pearson
ROSS M. PEARSON
14
Attorney for Plaintiff
THE UNITED STATES OF AMERICA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

PURSUANT TO STIPULATION between the parties, and Good Cause appearing, IT IS HEREBY ORDERED that the current surrender date for Mr. Gonzales to complete the balance of his prison sentence be extended from January 5, 2022 to March 20, 2022 in order that he obtain medical treatment for related to pain in his injured leg and back.  Thus, Mr. Gonzales shall be ordered to surrender to the Bureau of Prisons or the U.S. Marshals on March 20, 2022.

IT IS SO ORDERED.

Dated:   **January 3, 2022**                                    _____
                                                                              UNITED STATES DISTRICT JUDGE