1 | JAI M. GOHEL, CA SBN 170782
819 Eddy Street
2 | San Francisco, California 94109
Telephone:  (415) 771-6174
3 | Facsimile:   (415) 474-3748
Email:  jaigohel@rocketmail.com
4
Attorney for Defendant
5 | PATRICK GONZALES

**UNITED STATES DISRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

--oo0oo--

UNITED STATES OF AMERICA,  ) Case No.: 1:19-cr-0203-DAD-BAM
                          )             1:19-cr-0204-DAD-BAM
        Plaintiff,        )
                          ) **STIPULATION AND ORDER RE:**
    vs.                   ) **MODIFICATION OF CONDITIONS OF**
                          ) **PRETRIAL RELEASE TO REMOVE**
PATRICK GONZALES,         ) **ELECTRONIC MONITORING TO**
                          ) **FACILIATE SELF-SURRENDER**
        Defendants.       )
                          )

Defendant PATRICK GONZALES, by and through his attorney of record, Jai M. Gohel, and the UNITED STATES OF AMERICA, by and through its counsel of record, Asst. U.S. Attorney Ross M. Pearson, HEREBY STIPULATE as follows:

The Pretrial Release order be modified as follows:

Defendant Patrick Lee Gonzales will have his location monitoring equipment removed on Friday, March 18, 2022, at the Pretrial Services office in our District, in preparation for his self-surrender in Los Angeles, California on March 20, 2022.

Pretrial Services has approved this modification.

DATED:  March 16, 2022

                                            Respectfully submitted,

                                            */s/ Jai M. Gohel*
                                            JAI M. GOHEL
                                            Attorney for Defendant
                                            PATRICK GONZALES

DATED:  March 16, 2022

                                            */s/ Ross M. Pearson*
                                            ROSS M. PEARSON
                                            Attorney for Plaintiff
                                            THE UNITED STATES OF AMERICA

PURSUANT TO STIPULATION between the parties, and Good Cause appearing, IT IS HEREBY ORDERED that the conditions of pretrial release for Defendant PATRICK GONZALES be modified as follows:

Defendant Patrick Lee Gonzales will have his location monitoring equipment removed on Friday, March 18, 2022, at the Pretrial Services office in our District, in preparation for his self-surrender in Los Angeles, California on March 20, 2022.

IT IS SO ORDERED.

Dated: __**March 16, 2022**__            *Dale A. Drozd*
                                         UNITED STATES DISTRICT JUDGE