JAI M. GOHEL, CA SBN 170782
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email:  jaigohel@rocketmail.com

Attorney for Defendant
PATRICK GONZALES

**UNITED STATES DISRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    vs.<br><br>PATRICK GONZALES,<br><br>            Defendants. | Case No.: 1:19-cr-0203-DAD-BAM<br>               1:19-cr-0204-DAD-BAM<br><br>**STIPULATION AND ORDER EXONERATING CASH BOND**<br><br>**[AMENDED]** |

Defendant PATRICK GONZALES, by and through his attorney of record, Jai M. Gohel, and the UNITED STATES OF AMERICA, by and through its counsel of record, Asst. U.S. Attorney Ross M. Pearson, HEREBY STIPULATE as follows:

The cash bond in the amount of Thirty-Five Thousand Dollars ($35,000) shall be exonerated and released to surety Brittney Jackson who posted the original cash bond.

DATED: April 5, 2022

                      Respectfully submitted,

                      */s/ Jai M. Gohel*
                      JAI M. GOHEL
                      Attorney for Defendant
                      PATRICK GONZALES

DATED: April 5, 2022

                      */s/ Ross M. Pearson*
                      ROSS M. PEARSON
                      Attorney for Plaintiff
                      THE UNITED STATES OF AMERICA

PURSUANT TO STIPULATION between the parties, and Good Cause appearing, IT IS HEREBY ORDERED that the cash bond in the amount of Thirty-Five Thousand Dollars ($35,000) shall be exonerated and released to the surety Brittney Jackson, who posted the original cash bond.  This ORDER amends the previous orders appearing at Doc. No. 61 in Case No. 1:19-cr-0203-DAD-BAM and Doc. No. 56 in Case No. 1:19-cr-0204-DAD-BAM.

IT IS SO ORDERED.

Dated:   **April 18, 2022**  

_/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE